# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | ) | |
|---|---|---|
| Crockett County School System | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:22-cv-05811 |
| Juul Labs, Inc.; Altria Group, Inc.; Altria Client Services LLC; Altria Group Distribution Company; Philip Morris USA, Inc.; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; Riaz Valani | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Juul Labs, Inc., 560 20th Street San Francisco, CA 94107. Altria Group, Inc., c/o CT Corp., 4701 Cox Rd., Ste. 285, Glen Allen, VA 23060. Altria Client Services LLC, c/o CT Corp., 601 W Broad Street, Richmond, VA, 23230-1723. Altria Group Distribution Company, c/o CT Corp., 601 W Broad Street, Richmond, VA 23230-1723. Philip Morris USA, Inc., 615 Maury Street, Richmond, Virginia 23224. Adam Bowen, 360 Elm St., San Mateo, CA 94401. James Monsees, 89 Belgrave Ave., San Francisco, CA 94117. Nicholas Pritzker,1 Letterman Dr., Ste. C4, San Francisco, CA 94129. Riaz Valani, 9 Isabella Ave., Atherton, CA 94027. Hoyoung Huh, 6 Redberry, Portola Valley,CA 94028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
William B. Shinoff, Esq.
Frantz Law Group, APLC
402 W. Broadway, Ste. 860
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*